UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE JOHNSON,

                Plaintiff,

-against-

GRAPHITE SOLUTIONS, INC.,

                Defendant.

25-cv-3184 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 18, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 20, 2025
          New York, New York

                        /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                      Chief United States District Judge