UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIELLE JOHNSON,

                Plaintiff,

-against-

GRAPHITE SOLUTIONS, INC.,

                Defendant.

25-CV-3184 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brought this action *pro se*. By order dated June 18, 2025, the Court dismissed the action for Plaintiff's failure to either pay the $405.00 in fees required to bring a civil action in this court or submit an application to proceed *in forma pauperis*. (ECF 6.) Judgment was entered on the docket on June 20, 2025. (ECF 7.)

    On July 1, 2025, Plaintiff filed a letter in which she states that, on April 16, 2025, she sent via UPS a money order in the amount of $402.00 to the court. (ECF 8.) Plaintiff also states that she recently spoke with the court's Finance Department, which confirmed that the court never received her money order and also informed Plaintiff that the required fee is $405.00, not $402.00. Plaintiff requests permission to submit payment in the correct amount.

    Payment of the fees to bring an action that is received after the action has been dismissed is not a ground for the Court to reopen this action. However, the Court dismissed Plaintiff's action without prejudice. Plaintiff may therefore refile the complaint and pay the $405.00 in filing fees. If Plaintiff refiles the complaint along with the filing fees, it will be opened as a new civil action and assigned a new docket number. This action remains closed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 1, 2025
       New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge